IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABDULQUDUS ADIGUN,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, and CONNIE NOLAN, in her official capacity as Associate Director of the U.S. Citizenship and Immigration Services Service Center Operations Directorate,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-CV-4612-MHC |

## ORDER

This case comes before the Court on Plaintiff's Motion to Dismiss [Doc. 10]. Plaintiff's Complaint challenges Defendants' allegedly arbitrary and capricious decision with regard to Plaintiff's form I-290B petition. Compl. [Doc. 1] ¶ 1. Plaintiff's Complaint seeks a declaration from this Court that Defendants' decision was unlawful, vacating the decision and remanding the case to U.S. Citizenship and Immigration Services ("USCIS") for a new adjudication. Id.,

Prayer for Relief. In the present Motion to Dismiss, Plaintiff represents that USCIS has "approved the underlying application that formed the basis of [Plaintiff's] APA action, thereby granting all relief originally sought," rendering this case moot. Mot. to Dismiss ¶ 1.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Dismiss [Doc. 10] is **GRANTED**. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 12th day of January, 2026.

_____
MARK H. COHEN
United States District Judge